IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DANIEL J. ALEXANDER,         )
                             )
          Plaintiff,         )
                             )
vs.                          )     Case No. 07-1149-JTM
                             )
WICHITA HOUSING AUTHORITY,   )
CITY OF WICHITA, KANSAS,     )
                             )
          Defendant.         )
_____)

ORDER OF DISMISSAL

On June 19, 2007, the United States Magistrate Judge entered a Report and Recommendation with respect to the present proceeding. The Magistrate Judge recommended that plaintiff's motion to proceed in forma pauperis be denied. The Magistrate Judge further recommended that if plaintiff tendered the filing fee in order to continue the case, plaintiff was to supplement his complaint by July 9, 2007. On July 17, 2007, plaintiff was granted an extension of time to July 30, 2007, to file objections to the Report and Recommendation and to supplement his complaint.

No objections to the Report and Recommendation have been filed, and no supplement to the complaint has been filed. Accordingly, the court hereby adopts the findings and conclusions of the report, and finds that this action should be dismissed.

IT IS THEREFORE ORDERED this 9th day of August, 2007, that this action should be and is hereby dismissed without prejudice and costs are assessed against the plaintiff.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE